UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROBERT GAGE IRVING, )
)
                Plaintiff, ) Case No. 13-CV-05713-BHS
)
  v. ) **ORDER GRANTING PLAINTIFF'S**
) **MOTION TO CONTINUE TRIAL**
NATIONAL RAILROAD PASSENGER ) **DATE AND EXTEND DEADLINES**
CORPORATION, et al., )
)
                Defendants. )
)

       THIS MATTER, having come on regularly by Plaintiff's Motion to Continue Trial Date and Extend Deadlines, the Court having reviewed and considered that motion, any response and reply, all evidence presented, and all files and records herein, having been fully advised in the premises, now, therefore, it is hereby ordered that:

1. Plaintiff's motion is **GRANTED**.

2. The existing order setting jury trial and pretrial dates (ECF No. 44) is **VACATED.**

3. Trial, Pretrial, and Mediation Dates in the above-captioned matter are as follows:

| | |
|---|---|
| FOURTEEN DAY JURY TRIAL set for 9:00 AM | January 12, 2016 |
| Deadline for the FILING of any motion to join parties | June 21, 2015 |
| Deadline for amending pleadings | July 2, 2015 |
| Disclosure of expert testimony under FRCP 26(a)(2) | July 5, 2015 |
| Disclosure of rebuttal expert testimony udner FRCP 26(a)(2) | August 4, 2015 |
| All motions related to discovery must be FILED by | August 15, 2015 |
| Discovery COMPLETED by | September 13, 2015 |
| All dispositive motions must be FILED by | October 13, 2015 |
| Motions in limine should be FILED by the date in the right hand column.  Pursuant to Local Rule CR 7(d)(4), all motions in limine SHALL be filed as ONE motion and SHALL be NOTED on the motions calendar no earlier than the third Friday after filing.  Any response SHALL be filed no later than the Monday before the noting date.  No reply papers shall be filed. | December 5, 2015 |
| Agreed pretrial order FILED with the Court by | December 20, 2015 |

Order Granting Pl's Mtn to Continue Trial and Extend Deadlines
Case File No. 3:13-CV-05713-BHS
Page 1

| Pretrial conference will be HELD at 2:30 p.m. on (COUNSEL SHALL REPORT TO COURTROOM E) | December 28, 2015 |
|---|---|
| Trial briefs, proposed voir dire, and jury instructions due | December 21, 2015 |

If any of the dates identified in this order or the Local Civil Rules fall on a weekend or federal holiday, the act or event shall be performed on that day, per LCR 6. These are firm dates that can be changed only by order of the Court.

If this case is not settled, it will go to trial on the date set or as soon thereafter as the Court is available.

4. Where appropriate, the parties are encouraged to work together in the creation of proposed findings and conclusions of law. On or before the deadline for filing proposed findings and conclusions the parties shall email their proposed findings and conclusions in Word format to settleorders@wawd.uscourts.gov.

5. Pursuant to LCR 5.2(a), parties are to redact the following information from documents and exhibits before they are filed with the Court:

   a. Dates of Birth – redact to the year of birth;

   b. Names of Minor Children – redact to the initials;

   c. Social Security Numbers – redact to the last four digits;

   d. Financial Accounting Information – redact to the last four digits;

   e. Passport Numbers and Driver License Numbers – redact in their entirety.

6. If this case is settled, please advise the Court immediately at (253) 882-3850.

Dated this 14th day of November, 2014

_____
BENJAMIN H. SETTLE
United States District Judge

Order Granting Pl's Mtn to Continue Trial and Extend Deadlines
Case File No. 3:13-CV-05713-BHS
Page 2

Yaeger & Jungbauer Barristers, PLC
2550 University Ave W. Ste. 345 N
St. Paul, MN  55114
651-288-9500

Y<small>AEGER</small> & J<small>UNGBAUER</small> B<small>ARRISTERS</small>, PLC

/s/ Christopher W. Bowman
William G. Jungbauer, admitted *pro hac vice*
Christopher W. Bowman, admitted *pro hac vice*
Kelly B. Nyquist, admitted *pro hac vice*
2550 University Avenue West, Ste. 345N
Saint Paul, MN 55114
Telephone: (651) 288-9500
Facsimile: (651) 288-0227
wgjgrp@yjblaw.com
cbowman@yjblaw.com
knyquist@yjblaw.com

-and-

Bradley K. Crosta. WSBA #10571
C<small>ROSTA</small> & B<small>ATEMAN</small>
999 3rd Avenue, Suite 2525
Seattle, WA 98104-4032
Telephone: (206) 224-0900
Facsimile: (206) 467-8028
bcrosta@crostabateman.com

*Attorneys for Plaintiff*

Order Granting Pl's Mtn to Continue Trial and Extend Deadlines
Case File No. 3:13-CV-05713-BHS
Page 3

Yaeger & Jungbauer Barristers, PLC
2550 University Ave W. Ste. 345 N
St. Paul, MN 55114
651-288-9500